IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEROME A. BRADLEY :
Federal Correctional Institute :
  (Cumberland)
P.O. Box 1000 :
Cumberland, MD 21501
 :
          Plaintiff :
 :
     v. : Case No.
 :
UNKNOWN MEMBERS OF THE :
UNITED STATES MARSHALS SERVICE :
**SERVE** :
Gerald M. Auerbach, Esquire
U.S. Marshals Service :
Office of General Counsel :
Arlington, VA 22202-4387
HQCG315084 :
 :
     and :
 :
UNITED STATES MARSHALS SERVICE :
Arlington, VA 22202-4387 :
**SERVE**
Gerald M. Auerbach, Esquire :
U.S. Marshals Service :
Office of General Counsel
Arlington, VA 22202-4387 :
HQCG315084 :
 :
     and :
 :
UNITED STATES OF AMERICA :
Arlington, VA 22202-4387 :
**SERVE**
Gerald Auerbach, Esquire :
U.S. Department of Justice :
U.S. Marshals Service :
Office of General Counsel
Arlington, VA 22202-4387 :
HQCG315084 :
 :
 :
          Defendants :

**COMPLAINT**

COMES NOW Plaintiff, Jerome A. Bradley, by counsel, Costello & Edwards, LLC, and sues the Defendants, Unknown Members of the United States Marshals Service, United States Marshals Service, and United States of America, and as grounds therefore states:

**COUNT I**

1. That the Plaintiff is an adult citizen of the United States, and a permanent resident of the District of Columbia currently incarcerated for other charges in the Federal Correctional Institute in Cumberland, Maryland.

2. That the Defendants are unknown Federal officials, in their official capacity, unknown Federal employees, employees of the United States Marshals Service and/or the United States Government, the U.S. Marshals Service and the United States of America.

3. That this action is brought pursuant to the applicable provisions of the Federal Torts Claim Act (28 U.S.C. Section 1346(b)), Section 2401(b), Section 2671 et seq., *In Re Bivens v. Six Unknown Land Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

4. That all conditions precedent, including the notice to the United States Marshals Service and the United States have been complied with.

5. The United States Marshals Service, Office of General Counsel, issued a letter dated March 3, 2017, advising the Plaintiff that his claim has been denied.

6. That this suit has been brought in the appropriate U.S. District Court no later than six months after the date of mailing of the United States Marshals Service's denial. See 28 U.S.C. Section 2401(b).

7. That on or about March, 2012, the Plaintiff was incarcerated at the D.C. Jail as a result of his conviction in Case No. 2010CTF005276 in the Superior Court of the District of Columbia in *U.S. v. Jerome Bradley*.

8. That the United States Marshals Service issued an Order of Commitment and/or transfer of the Plaintiff from the D.C. Jail to the Northern Neck Regional Jail in Warsaw, Virginia.

9. That the U.S. Marshals Service intentionally and negligently advised the jail authorities at Northern Neck Regional Jail that the Plaintiff was to be incarcerated for an additional time period through April, 2012.

10. That this information was false and the Defendant, United States Marshals Service, their individual employees, and/or officials knew it was false or should have known that it was false.

11. That in fact the Plaintiff was due to be released on March 21, 2012.

12. That the acts of the unknown public officials, unknown agents and the U.S. Marshals Service was intentional, as well as negligent, in resulting in the false imprisonment of the Plaintiff for an additional period of time.

13. That at all times material the unknown public officials and/or employees were acting as the servants, agents and employees of the United States Marshals Service, a division of the United States of America.

14. That as a result of the aforesaid acts of the Defendants without any negligence on the part of the Plaintiff contributing thereto, the Plaintiff was caused to suffer severe, painful and permanent injuries of body and mind, including but not limited to physical and mental anxiety.

WHEREFORE, the Plaintiff sues the Defendants, Unknown Officials of the United States Marshals Service, Unknown Employees of the United States Marshals Service, United States Marshals Service and the United States of America and demands judgment against them in the amount of $200,000.00, plus costs and attorney's fees.

## COUNT II

**(Bivens v. The United States and Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971) Claim**

The Plaintiff, Jerome A. Bradley, incorporates by reference the material factual allegations of the previous Count and states:

15. That at all times material those responsible for the false imprisonment and undue incarceration of the Plaintiff were Federal officials and/or employees of the United States Marshals Service, United States of America.

16. That the actions of the Unknown Federal Officials and Unknown Federal Employees was intentional, resulting in the unlawful incarceration of the Plaintiff in violation of his rights under the 5th Amendment, 14th Amendment and 8th Amendment of the United States Constitution.

17. That as a result of the aforesaid violation of the Plaintiff's civil rights, the Plaintiff has been caused to suffer severe physical and emotional injuries, all or part of which are permanent in nature.

WHEREFORE, the Plaintiff sues the Defendants, Unknown Federal Officials of the United States Marshals Service, Unknown Federal Employees of the United States Marshals Service, and the United States of America, and demands judgment against them, jointly and severally in the amount of $200,000.00, plus costs and attorney's fees.

                              COSTELLO & EDWARDS, LLC

                        By:  /s/John F.X. Costello
                            John F.X. Costello, #279935
                            5845 Allentown Road
                            Camp Springs, MD 20746
                            (301) 925-9080 - Phone
                            (301) 925-9029 - Fax
                            Johnfxcostello@gmail.com

**DEMAND FOR JURY TRIAL**

The Plaintiff demands trial by jury as to all issues contained herein.

                            /s/John F.X. Costello
                            John F.X. Costello